UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCO MANUEL TORRES,

    Plaintiff,

v.                                                CASE NO. 8:17-mc-15-T-23TGW

JOHN G. ROBERTS, et al.,

    Defendants.
_____/

## **ORDER**

A frequent filer of frivolous actions, Marco Torres often sues the judiciary. A September 10, 2008 order (Doc. 7, case no. 08-cv-1605) requires that a magistrate judge screen each complaint before the clerk dockets the complaint and that the clerk return a frivolous complaint to Torres without docketing the complaint. The September 10 order warns that the filing of a frivolous complaint, which wastes limited and valuable judicial resources, will "subject [Torres] to sanction including monetary assessment."

In Torres's most recent action, Torres sues individually each Justice of the United States Supreme Court, apparently for denying a writ of certiorari in another frivolous action. Magistrate Judge Wilson explains (Doc. 1) that the complaint is "so muddled that it [i]s virtually impossible to discern what Torres [] allege[s]." Because the September 10 order failed to deter Torres's filing of frivolous complaints,

Magistrate Judge Wilson recommends (Doc. 1 at 3–4) imposing a monetary sanction "not less than $250.00 per frivolous complaint and in proportion to the expenditure of the public and private resources attributable to the frivolous complaint."

Torres's objection (Doc. 2) shows the necessity of an effective deterrent. The twenty-five-page objection contains eighty-four paragraphs of gibberish, and Torres inserts legal phrases randomly throughout the objection. Because a monetary sanction appears necessary to deter Torres's filing of frivolous papers, Magistrate Judge Wilson's recommendation (Doc. 1) is **ADOPTED**. The clerk is directed to enter judgment in the amount of $250 for the United States and against Marco Manuel Torres, which Torres must pay to the clerk no later than **APRIL 21, 2017**.

The clerk is directed to return to Torres the December 15, 2016 and December 19, 2016 complaints and to close this case. The pre-filing injunction in the September 10, 2008 order remains in effect. Also, Torres must include a copy of this order with every initial complaint or other initial paper that Torres files in a court of the United States. **The filing of another frivolous paper will result in an another monetary sanction.**

ORDERED in Tampa, Florida, on February 27, 2017.

*(signature)*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE